SALATHIEL MASTIN, Respondent, *v.* THE CITY OF NEW YORK, Appellant.

*Mastin* v. *City of New York*, 148 App. Div. 925, affirmed.
(Argued March 21, 1913; decided April 15, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 22, 1912, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant.

*Archibald R. Watson, Corporation Counsel (James D. Bell* and *Jesse W. Johnson* of counsel), for appellant.

*Martin T. Manton* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, WERNER, HISCOCK, COLLIN, CUDDEBACK and MILLER, JJ.